IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Ruiz,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | No. CV-24-03152-PHX-JJT (ESW)<br><br>**ORDER** |

　　　　At issue are the Parties' Stipulated Motion for Remand (Doc. 13) and the Report and Recommendation (Doc. 14). Upon review and good cause appearing,

　　　　**IT IS HEREBY ORDERED** granting the Parties' Stipulated Motion for Remand (Doc. 13) and adopting the Report and Recommendation (Doc. 14).

　　　　**IT IS FURTHER ORDERED** this case is reversed and remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge will further develop the record as necessary, offer Plaintiff the opportunity for a hearing, and issue a new decision.

　　　　**IT IS FURTHER ORDERED** directing the Clerk of the Court to enter final judgment in favor of Plaintiff and close this matter.

　　　　Dated this 21st day of January, 2025.

　　　　　　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge